AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Charles A. Whobrey, as Trustee

*Plaintiff(s)*

v.

Miracle Express, Inc., a Minnesota corporation

*Defendant(s)*

Civil Action No. 26-cv-11188

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Miracle Express, Inc.
c/o Stan Krupke, as Chief Executive Officer
8201 54TH AVE N
NEW HOPE, MN 55428–3709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gabrielle Pilgrim, Attorney
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631
(847) 939-2508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

*Signature of Clerk or Deputy Clerk*

(By) DEPUTY CLERK

Date: September 14, 2026

UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF ILLINOIS

Court File # 26-cv-11188

Central States, Southeast and Southwest Areas Pension Fund; Central States, Southeast and Southwest Areas Health and Welfare Fund; and Charles A. Whobrey, as Trustee,

Plaintiffs,

v.

**AFFIDAVIT OF SERVICE**

Miracle Express, Inc., a Minnesota corporation,

Defendant.

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Ben Marker, state that on September 28, 2026, at 5:50 pm, I served a copy of the Summons in a Civil Action; and Complaint in the above-captioned case upon Miracle Express, Inc., a Minnesota corporation therein named, at 18200 Eidelweiss Street Northwest, Oak Grove, MN 55011, in the County of Anoka, by leaving with Stan Krupke (Chief Executive Officer of Miracle Express, Inc., a Minnesota corporation) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Minnesota

In the county of: Hennepin

Dated: September 28, 2026

Ben Marker

7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com