**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, | ) | Case No. 26-cv-11188 |
| *Plaintiffs*, | ) | Judge Elaine E. Bucklo |
| v. | ) | Magistrate Judge Beth W. Jantz |
| MIRACLE EXPRESS, INC., a Minnesota corporation, | ) | |
| *Defendant*. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund (collectively, the "Funds"), and Charles A. Whobrey, one of the Funds' present trustees, and Defendant, Miracle Express, Inc. ("Miracle Express"), by and through their respective counsel, hereby submit this Joint Planning Report pursuant to this Court's Minute Entry dated September 24, 2026 (Dkt. No. 10):

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on November 12, 2026 by telephone and was attended by:

   Plaintiffs' counsel: Gabrielle Pilgrim, (847) 929-2508, 8647 W. Higgins Rd., Chicago, Illinois 60618

   Defendant's counsel: Todd A. Miller, (312) 675-4325, 20 N. Wacker Dr., Suite 3517, Chicago, Illinois 60606

2. **Pretrial Schedule.** The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

   Plaintiffs to amend pleadings by April 1, 2027.
   Plaintiffs to add additional parties by April 1, 2027.
   Defendant to amend pleadings by April 15, 2027.

Defendant to add additional parties April 15, 2027.

3. **Discovery.** Discovery will be needed on the following subjects: Defendant has not answered yet, so Plaintiffs do not know what allegations (if any) Defendant will dispute. Depending on what (if anything) Defendant disputes, discovery could be needed regarding:

   i. Miracle Express's reported work history of its covered employees to the Pension Fund for the period of December 31, 2023 through September 27, 2025; and

   ii. Miracle Express's additional delinquent contributions owed to the Funds under a 2018 settlement agreement executed between Miracle Express and the Funds.

(a) Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by December 17, 2026. Fact discovery to be commenced in time to be completed by July 9, 2027.

(b) The parties expect they will need approximately (2) depositions, including a 30(b)(6) deposition of Defendant and a deposition of Defendant's chief executive officer.

(c) Reports from retained experts under Rule 26(a)(2) due: The parties do not anticipate expert discovery.

(d) All potentially dispositive motions should be filed by September 1, 2027.

[Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

(e) Final pretrial order: Plaintiffs to prepare proposed draft within 60 days of Court's ruling on the parties' summary judgment motions; parties to file joint final pretrial order within 90 days of the Court's ruling on the parties' summary judgment motions.

(f) The case should be ready for trial within 150 days of the Court's ruling on the parties' summary judgment motions, and at this time is expected to take approximately 2-3 days.

4. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiffs are directed to make a written settlement demand to the defendant. At least 7 days prior to the scheduling conference, defendant is to respond in writing to the plaintiffs' settlement demand.

5. **Consent.** Parties do not consent unanimously to jurisdiction by the assigned Magistrate Judge.

November 17, 2026

Respectfully submitted,

*/s/ Andrew J. Herink*

Andrew J. Herink (ARDC #6303510)
Central States Funds Law Department
8647 W. Higgins Road
Chicago, Illinois 60618
(847) 939-2458
aherink@centralstatesfunds.org

*/s/ Todd A. Miller*

Todd A. Miller (ARDC #6216561)
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325
tam@alloccomiller.com