# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, | ) | Case No. 26-cv-11188 |
| *Plaintiffs*, | ) | Judge Elaine E. Bucklo |
| v. | ) | Magistrate Judge Beth W. Jantz |
| MIRACLE EXPRESS, INC., a Minnesota corporation, | ) | |
| *Defendant*. | ) | |

**<u>AFFIDAVIT OF GABRIELLE PILGRIM</u>**

State of Illinois )
) SS
County of Cook )

I, Gabrielle Pilgrim, having been duly sworn on oath, depose and state as follows:

1. I am an attorney employed by Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") and Central States, Southeast and Southwest Areas Health and Welfare Fund (the "Health Fund" and, together with the Pension Fund, the "Funds"). I am familiar with the above-captioned litigation. I have personal knowledge of the facts set forth below and would be competent to testify as to these facts if called as a witness in this matter.

2. I reviewed the Plaintiffs' billing records for this case and determined that the billable work in connection with this case was performed by George O. Hansen and me.

3. I was admitted to the bar of the State of Illinois on November 9, 2023, and was admitted to practice in the United States District Court for the Northern District of Illinois on July 2, 2024. I have worked for the Funds since June 10, 2024.

4. Mr. Hansen is a senior paralegal for the Funds and has been employed by the Funds since August 17, 1992.

5. I believe that a reasonable rate for the work I performed in this case is $350.00 per hour. The amount of time I spent on this case is 7.8 hours. I believe that a reasonable rate for the work Mr. Hansen performed is $200.00 per hour. The amount of time Mr. Hansen spent on this case is 1.5 hours. Using these rates, the total legal fees incurred in this matter is $3,030.00.

6. I believe the rates above are at or below the market rate charged for similar legal work and are, therefore, reasonable. I also believe that the amount of time spent by each individual on this case is reasonable.

7. Plaintiffs have also incurred the following costs in connection with this litigation:

| | |
|---|---|
| Filing Fee: | $405.00 |
| Service of Process: | $325.00 |
| Total: | $730.00 |

8. I believe that the legal fees and costs were necessarily incurred and are reasonable in amount.

9. A true and genuine copy of the billing record generated in this matter and reflecting the work performed and the expenses incurred is attached hereto as Exhibit 1.

**FURTHER AFFIANT SAYETH NOT.**

Gabrielle Pilgrim

Gabrielle Pilgrim

Subscribed and sworn to before me,
a Notary Public, this 3rd day of
November, 2026.

Ellen Hunter

Notary Public

Official Seal
ELLEN HUNTER
Notary Public, State of Illinois
Commission No. 975847
My Commission Expires July 31, 2027

# EXHIBIT 1

**Central States Funds**
**8647 West Higgins Road**
**Chicago, Illinois 60631**

11/9/2026



Miracle Express, Inc IV (26-15031230)

**Description of Services**

| Date | Staff | Description | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|
| 7/27/2026 | GABRIELLE PILGRIM | Draft complaint | 2.00 | $350.00 | $700.00 |
| 9/3/2026 | GABRIELLE PILGRIM | Confer with client re complaint | 1.00 | $350.00 | $350.00 |
| 9/14/2026 | GABRIELLE PILGRIM | Update complaint, file | 1.70 | $350.00 | $595.00 |
| 9/15/2026 | GEORGE HANSEN | Review email update. Reply to Pro Legal email. | 0.20 | $200.00 | $40.00 |
| 9/16/2026 | GEORGE HANSEN | Emails re: status of attempts to serve Stan Krupke. | 0.50 | $200.00 | $100.00 |
| 9/17/2026 | GEORGE HANSEN | Review email from ProLegal. | 0.20 | $200.00 | $40.00 |
| 9/21/2026 | GEORGE HANSEN | Emails from Process Server re: Status. Authorize another round of attempts. | 0.20 | $200.00 | $40.00 |
| 9/29/2026 | GABRIELLE PILGRIM | Prepare and review emails re service of process; file summons (returned executed) | 0.60 | $350.00 | $210.00 |
| 9/29/2026 | GEORGE HANSEN | Email from ProLegal Forwarding invoice and proof of service. Forward to Gabrielle L. Pilgrim. Pay invoice using Law Department Amex card. | 0.40 | $200.00 | $80.00 |
| 10/28/2026 | GABRIELLE PILGRIM | Draft motion for default judgment and related materials | 2.50 | $350.00 | $875.00 |
| | | **Subtotal:** | 9.30 | | $ 3,030.00 |

**Expenses**

| Date | Staff | Description | Quantity | Amount |
|---|---|---|---|---|
| 9/28/2026 | | Pro Legal Support Services, Inc. · Invoice #16850396 for $325.00. PAID BY AMEX. Service of summons and complaint. | 1.00 | $325.00 |

**Central States Funds**
**8647 West Higgins Road**
**Chicago, Illinois 60631**



| | | | |
|---|---|---|---|
| 9/14/2026 | Fee for filing complaint. (Tracking Id: AILNDC-25655388) | 1.00 | $405.00 |
| | **Subotal:** | 2.00 | $ 730.00 |
| | **Total:** | | $ 3,760.00 |