# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, | ) | Case No. 26-cv-11188 |
| *Plaintiffs*, | ) | Judge Elaine E. Bucklo |
| v. | ) | Magistrate Judge Beth W. Jantz |
| MIRACLE EXPRESS, INC., a Minnesota corporation, | ) | |
| *Defendant*. | ) | |

**JUDGMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

A. That Plaintiffs' motion is granted.

B. That Defendant Miracle Express, Inc. is adjudged to be in default.

C. That a default judgment is entered against Defendant Miracle Express, Inc.

D. That under Counts I, II, and III, Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") and Charles A. Whobrey, Trustee, have and recover default judgment from and against Defendant Miracle Express, Inc. in the total amount of $8,881,392.66. This total amount consists of: (i) unpaid contributions and withdrawal liability principal of $6,875,160.51 (i.e., the total principal due to the Pension Fund under Count I ($103,651.94), Count II ($230,705.00), and Count III ($6,540,803.57)); (ii) pre-judgment interest through November 23, 2026 in the amount of $528,958.34 (i.e., the total pre-judgment interest due

to the Pension Fund under Count I ($10,883.15), Count II ($145,249.38), and Count III ($372,825.81)); (iii) liquidated damages in the amount of $1,474,140.48 (i.e., the total liquidated damages due to the Pension Fund under Count I ($20,730.39), Count II ($145,249.38), and Count III ($1,308,160.71)); (iv) attorneys' fees in the amount of $2,525.00 (i.e., the total in fees due to the Pension Fund under Count I ($1,010.00), Count II ($505.00), and Count III ($1,010.00)); and (v) costs in the amount of $608.33 (i.e.. the total in costs due to the Pension Fund under Count I ($243.33), Count II ($121.67), and Count III ($243.33)).

E. That under Counts I and II, Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, are awarded post-judgment interest on the portion ($658,349.24) of the $8,881,392.66 judgment balance associated with unpaid contributions and related amounts under Counts I and II at the greater of (i) an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, or (ii) at an annualized interest rate of seven-and-one-half percent (7.5%), and with such interest to be compounded annually.

F. That under Count III, Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, are awarded post-judgment interest on the portion ($8,223,043.42) of the $8,881,392.66 judgment balance associated with unpaid withdrawal liability and related amounts under Count III at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, compounded annually.

G. That under Count II, Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund (the "Health Fund") and Charles A. Whobrey, Trustee, have and recover default judgment from and against Defendant Miracle Express, Inc. in the total amount of

$1,157,032.29. This amount consists of: (i) unpaid contributions of $511,870.02 (the total principal due to the Health Fund under Count II); (ii) interest through November 23, 2026 in the amount of $322,267.80 (the total pre-judgment interest due to the Health Fund under Count II); (iii) liquidated damages in the amount of $322,267.80 (the total liquidated damages due to the Health Fund under Count II); (iv) attorneys' fees in the amount of $505.00 (the total in fees due to the Health Fund under Count II); and (v) costs in the amount of $121.67 (the total in costs due to the Health Fund under Count II).

H. That under Count II, Plaintiff, Central States, Southeast and Southwest Areas Health and Welfare Fund, is awarded post-judgment interest on the judgment balance of $1,157,032.29 under Count II at the greater of (i) an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, or (ii) at an annualized interest rate of seven-and-one-half percent (7.5%), and with such interest to be compounded annually.

I. That Plaintiffs are awarded execution for the collection of the judgment and costs granted on all Counts.

Dated: ______________________________

Entered by:

______________________
Honorable Elaine E. Bucklo
United States District Judge