**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, | ) | Case No. 26-cv-11188 |
| *Plaintiffs*, | ) | Judge Elaine E. Bucklo |
| v. | ) | Magistrate Judge Beth W. Jantz |
| MIRACLE EXPRESS, INC., a Minnesota corporation, | ) | |
| *Defendant*. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, December 2, 2026, at the hour of 9:45 a.m., Plaintiffs' attorneys will present their *Motion for Entry of Default and Default Judgment* before the Honorable Elaine E. Bucklo, District Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2243, Chicago, Illinois, or such other Judge as may be in her stead. (Counsel will not appear; the presentment date is for tracking purposes only).

Respectfully submitted,

*/s/ Gabrielle Pilgrim*
Gabrielle Pilgrim (ARDC #6346422)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2508
gpilgrim@centralstatesfunds.org

November 24, 2026

*ATTORNEY FOR PLAINTIFFS*

# CERTIFICATE OF SERVICE

I, Gabrielle Pilgrim, one of the attorneys for Central States, certify that on November 24, 2026, I caused the foregoing *Motion for Entry of Default and Default Judgment* to be filed electronically. This filing was served upon all parties indicated on the electronic filing receipt via the Court's electronic filing system and mailed via UPS Second Day Air to:

Miracle Express, Inc.
c/o Stan Krupke, as Chief Executive Officer
18200 Eidelweiss Street
Northwest, Oak Grove, MN 55011

*/s/ Gabrielle Pilgrim*
Gabrielle Pilgrim
*Attorney for Plaintiffs*