**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Central States, Southeast and Southwest Areas Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−11188
Honorable Elaine E. Bucklo

Miracle Express, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 25, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed plaintiffs' status report. Plaintiff's motion for entry of default and default judgment [14] is granted. Enter Judgment Order. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.